IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID WINSTON, | : | Civil No. 3:17-cv-1871 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN S. SPAUDLING, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this 31ST day of March, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge